MAURICE O'MEARA COMPANY, Appellant, *v.* THE NATIONAL PARK BANK OF NEW YORK, Respondent.

(Submitted March 30, 1925; decided April 7, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 239 N. Y. 386.)